DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SAFEPOINT INSURANCE COMPANY,**
Appellant,

v.

**RAPID RECOVERY TEAM, LLC,** a/a/o **REGINE AMBROISE,**
Appellee.

No. 4D2022-3115

[March 14, 2024]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; April Bristow, Judge; L.T. Case No. 502017SC013661.

Patrick M. Chidnese and Frieda C. Lindroth of Bickford & Chidnese, LLP, Tampa, for appellant.

Frantz C. Nelson and Jose P. Font of Font & Nelson, PLLC, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***